```
             FILED            RECEIVED
             ENTERED          SERVED ON
                  COUNSEL/PARTIES OF RECORD

                   AUG -3 2010

                  CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
           BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:09-CR-418-GMN (RJJ) |
| ROMEO CORNISTA, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT ROMEO CORNISTA**

On June 10, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3) forfeiting property of defendant ROMEO CORNISTA to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant ROMEO CORNISTA.

DATED this __3__ day of __August__, 2010.

_____
UNITED STATES DISTRICT JUDGE