1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,               )
                                             )
9                        Plaintiff,          )
                                             )
10          v.                               )
                                             )        2:09-CR-418-GMN (RJJ)
11   ROMEO CORNISTA,                         )
                                             )
12   _____Defendant._____)

13

**FINAL ORDER OF FORFEITURE**

14          On June 10, 2010, the United States District Court for the District of Nevada entered a

15   Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United

16   States Code, Sections 2253(a)(1) and (3), based upon the plea of guilty by defendant ROMEO

17   CORNISTA to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and

18   Bill of Particulars and shown by the United States to have a request nexus to the offense to which

19   defendant ROMEO CORNISTA pled guilty.

20          This Court finds the United States of America published the notice of the forfeiture in

21   accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

22   consecutively from June 15, 2010 through July 14, 2010, notifying all known third parties of their

23   right to petition the Court.

24          This Court finds no petition was filed herein by or on behalf of any person or entity and the

25   time for filing such petitions and claims has expired.

26   . . .

1    This Court finds no petitions are pending with regard to the assets named herein and the time

2    for presenting such petitions has expired.

3    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

4    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

5    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

6    32.2(c)(2); Title 18, United States Code, Sections 2253(a)(1) and (3); and Title 21, United States

7    Code, Section 853(n)(7) and shall be disposed of according to law:

8        a)    any book, magazine, periodical, film, videotape, or other matter which contains

9        any such visual depiction, which was produced, transported, mailed, shipped,

10       or received; computer images, including movie and still image files, depicting

11       a minor engaging in sexually explicit conduct and the diskettes and hard drives

12       on which they are maintained; and

13       b)    Dell Desktop computer, serial number BL8TD21;

14   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

15   funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as

16   any income derived as a result of the United States of America's management of any property

17   forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of

18   according to law.

19   The Clerk is hereby directed to send copies of this Order to all counsel of record and three

20   certified copies to the United States Attorney's Office.

21   DATED this 30th day of August, 2010.

22

23   _____

24   Gloria M. Navarro
     United States District Judge

25

26

2